AO 442 (Rev. 3/26/24) Arrest

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

RCV USMS JACKSONVILLE
2024 MAR 27 PM 2:26

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 3-24-cr-62-MMH-JBT |
| | ) | |
| DEYVIS HERNANDEZ | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*, Deyvis Hernandez

who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy in violation of 18 U.S.C. § 371
Wire Fraud in violation of 18 U.S.C. § 1343

Date: 3/27/2024

*Issuing officer's signature*

City and state: Jacksonville, Florida

ELIZABETH WARREN, Clerk, United States District Court
*Printed name and title*

### Return

This warrant was received on *(date)* 3/27/24, and the person was arrested on *(date)* 4/11/24
at *(city and state)* Jacksonville, FL.

Date: 4/11/24

*Arresting officer's signature*

Christopher Pellegrino, Senior Special Agent
*Printed name and title*